# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - ARRAIGNMENT

Case Number: <u>5:15-CR-00093-JGB</u>        Recorder: <u>Court Reporter: Adele Frazier</u>        Date: <u>01/06/2016</u>

Present: The Honorable <u>Sheri Pym</u>, U.S. Magistrate Judge

Court Clerk: <u>Irene Vazquez</u>                             Assistant U.S. Attorney: <u>Jay Robinson, AUSA</u>

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| Enrique Marquez Jr.<br>    Custody | Young Kim, DFPD<br>    Appointed | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE .**

Defendant is given a copy of the Indictment.

Defendant acknowledges receipt of a copy and waives reading thereof.

Defendant pleads not guilty to all counts in the Indictment, The Court enters a plea of not guilty on behalf of the defendant to all counts in the Indictment.

This case is assigned to the calendar of District Judge Jesus G. Bernal.
It is ordered that the following date(s) and time(s) are set:
    Jury Trial 2/23/2016 at 9:00 AM
    Status Conference 2/8/2016 at 2:00 PM
    Motion Hearing 2/8/2016 at 2:00 PM
    Defendant and counsel are ordered to appear before said judge at the time and date indicated.

Counsel are referred to the assigned judge's trial/discovery order located on the Court's website, Judges' Procedures and Schedules.

Trial estimate: 12-14 days.

PIA: <u>00 : 07</u>
Initials of Deputy Clerk: <u>iv</u>

cc: Statistics Clerk, PSALA PSAED, USMED