Name & Address:
TIMOTHY J. SEARIGHT (SBN 151387)
312 North Spring Street, 14th Fl.
Los Angeles, California 90012
Telephone: (213) 894-3769; Facsimile: (213) 894-0142
Email: timothy.searight@usdoj.gov

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA

PLAINTIFF(S)

v.

ENRIQUE MARQUEZ, JR.,

DEFENDANT(S).

CASE NUMBER:

EDCR 15-93-JGB

**NOTICE OF MANUAL FILING OR LODGING**

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: **(List Documents)**

Government's Ex Parte Application to Seal;
[Proposed] Order Sealing Document;
Under Seal & In Camera Documents

**Reason:**

- ☑ Under Seal and/or In Camera
- ☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Electronic versions are not available to filer
- ☐ Per Court order dated: ____________________
- ☐ Administrative Record
- ☐ Other:

August 2, 2016
Date

Timothy J. Searight
Attorney Name

USA
Party Represented

*Note: File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*